IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEREL D. NOBLE,

    Defendant.                                        No. 13-cr-30071-MJR

## ORDER

    Defendant Noble was originally ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons. However, it is has come to the Court's attention that due to housing issues related to his sex offender registration requirements, the defendant wishes to surrender locally prior to designation by the Bureau of Prisons. Therefore, upon the defendant's request expressed to the probation office and being fully advised of the premises, defendant Noble is ordered to surrender to the United States Marshals Service (USMS) in the courthouse where his case was heard on or before December 30, 2013, as per their instructions (USMS). The sentencing judge's order of voluntary surrender is hereby vacated. The undersigned acting due to Judge Reagan's unavailability.

    **IT IS SO ORDERED.**

    **DATED:**  December 26, 2013

Digitally signed by David R. Herndon
Date: 2013.12.26 09:44:14 -06'00'

CHIEF JUDGE
U.S. DISTRICT COURT